Submitted March 31, 2020, affirmed January 27, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ETHAN KIPLING MUNIZ,
*Defendant-Appellant.*

Clatsop County Circuit Court
18CR08086; A169764

479 P3d 597

Cindee S. Matyas, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Susan G. Howe, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and James, Judge.

PER CURIAM

Affirmed. *State v. Chorney-Phillips*, 367 Or 355, 478 P3d 504 (2020).